**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**VICKI L. CHANEY GOODEN,**

*Plaintiff,*

*v.*

CAUSE NO. 3:25-CV-751-CWR-LGI

**CRISTOFER STEWART, KENNETH GREEN, and JACKSON PUBLIC SCHOOLS,**

*Defendants.*

**ORDER**

This matter is before the Court pursuant to the Report and Recommendation ("R&R") of the United States Magistrate Judge, which was entered on March 27, 2026. Docket No. 6. The R&R addresses Plaintiff Vicki Gooden's motion for leave to proceed *in forma pauperis*, Docket No. 2, pursuant to 28 U.S.C. § 1915(a)(1).

The R&R notified the parties that failure to file written objections to the findings and recommendations contained therein within 14 days after service would bar further appeal in accordance with 28 U.S.C. § 636(b)(1). *Id.* at 6. This Court, finding that there has been no submission of written objections by any party, hereby adopts said R&R as the Order of this Court. Accordingly, Plaintiff's motion is denied.

**SO ORDERED**, this the 31st day of August, 2026.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE