**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**JIM R. HARRIS, JR.** **PLAINTIFFS**

**vs.** **CIVIL ACTION No.: 3:25-CV-431-HTW-ASH**

**SEVEN CORNER, INC. ET AL.** **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THIS COURT is the Amended Report and Recommendation of United States Magistrate Judge Andrew S. Harris **[Docket no. 85]**. In his Amended Report and Recommendation, filed on August 12, 2026, Magistrate Judge Harris recommended that pro se Plaintiff Jim R. Harris's IFP status be revoked; a judgment dismissing this case without prejudice be entered; and the Clerk of Court be directed to re-open this civil action if the balance of the IFP filing fee is paid within thirty (30) days from the date of dismissal of this case.

Judge Harris directed the parties to file any objections to his recommendation within fourteen (14) days. On August 28, 2026, Plaintiff filed his objections to the Amended Report and Recommendation [Docket no. 87]. This Court is not persuaded by any of the stated objections.

Based upon the findings and recommendations contained in the Amended Report and Recommendation **[Docket no. 85]**, this court finds it well-taken; therefore, this Court hereby ADOPTS the Report and Recommendation of the Magistrate Judge as the order of this court.

**IT IS THEREFORE ORDERED that** Plaintiff's IFP status is hereby revoked because he does not meet the imminent-danger exception of 28 U.S.C. § 1915(g).

**IT IS FURTHER ORDERED that** this lawsuit hereby is **DISMISSED without PREJUDICE**.

**IT IS FURTHER ORDERED** that the Clerk of Court is hereby directed to reopen this civil action if Plaintiff pays the balance of his filing fee, in the amount of $54.80, within 30 days from the date of dismissal of this case.

**SO ORDERED this the 31st day of August, 2026.**

**/s/HENRY T. WINGATE**
**UNITED STATES DISTRICT COURT JUDGE**